UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DON LORD,

                Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                Defendants.

25cv1193 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 9, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 13, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge